AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CARL STEPHEN SMITH, JR.<br><br>*Defendant(s)* | Case No.<br><br>3:23-mj-1039-PDB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 31, 2023__ in the county of __Clay__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Knowing possession of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin J. Luedke, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/31/2023

_____
*Judge's signature*

City and state: Jacksonville, Florida

Patricia D. Barksdale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Benjamin J. Luedke, being duly sworn, state as follows:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July of 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the United States Immigration and Customs Enforcement Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of Customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations during which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases, and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a

1

Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing

2

probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Carl Stephen SMITH Jr. has committed a violation of 18 U.S.C. § 2252(a)(4)(B), that is, knowing possession of visual depiction of minors engaged in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against Carl Stephen SMITH Jr., charging that on or about January 31, 2023, in Clay County, in the Middle District of Florida, SMITH Jr. did knowingly possess a matter, that is, a LG phone, model number LM-X420QN, serial number 906HUEH0004996, containing a 32GB SanDisk Micro SD card, serial number 9273ZVRTF49P, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of which depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

5. On January 30, 2023, I applied for and obtained a federal search warrant for the residential premises located at 5296 Sweat Road, Green Cove Springs, Florida 32043, that I believed to be the residence of SMITH Jr. This search warrant authorized the search of this residential premises for fruits, evidence, and

instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A. A copy of the application and supporting affidavit for this search warrant is attached hereto as Exhibit A, and the facts and information contained therein are incorporated by reference herein.

6. On the morning of January 31, 2023, I, together with other HSI Jacksonville Special Agents and Task Force Officers (TFO), executed this search warrant at approximately 6:30 a.m. at the residential premises located at 5296 Sweat Road, Green Cove Springs, Florida 32043. SMITH Jr. was encountered at this residence during execution of the search warrant.

7. TFO Detective (Det.) Ryan Ellis and I made contact with SMITH Jr. After being advised of and waiving his constitutional rights, SMITH Jr. agreed to speak with us in a government vehicle. This interview was audio recorded. SMITH Jr. provided, in summary and among other things, the following information:

SMITH Jr. acknowledged his date of birth is 4/XX/1990 and he has lived at the Sweat Road address since he was in middle school. He acknowledged his phone number is XXX-XXX-2171 and his service provider is T-Mobile and has been so for more than 10 years. SMITH Jr. acknowledged that he currently uses a Samsung Galaxy Ultra Plus but previously used an older LG phone. He acknowledged that only he and his mother live at the residence. He acknowledged that he currently has a Snapchat account and

4

used to have a Twitter account. SMITH Jr. acknowledged that the internet provider at the residence is AT&T and the Wi-Fi is password protected. When asked about activity related to child pornography, SMITH Jr. stated, "When I was on Snapchat a while ago, somebody did send me something and I know my phone auto downloads stuff. I don't know if it's on my phone or not." SMITH Jr. initially denied intentionally viewing child pornography. SMITH Jr. was shown several child-pornography files, including a video reported in CyberTipline Report 97479416 (as referenced in the attached Exhibit A), and SMITH Jr. advised that he recognized it. When asked how old he thought the girl in the video was he responded, "12 or 13." He acknowledged receiving child pornography "a good handful of times." When asked to clarify, SMITH Jr. stated "maybe about 7 or 8 times." He acknowledged using search terms such as "young" and "pretty young thing" while using a particular social media application. When asked if child pornography would be found on any of his electronic devices, SMITH Jr. advised that it would be a possibility. He acknowledged using the search terms "young and "younger for older" on Twitter and subsequently discovering a particular Twitter hashtag that he described as "a bunch of kids trying to sell themselves." He acknowledged having a Snapchat account on his LG phone with the word "daddy" in the related email address. He acknowledged being at a really low point and stated,

5

"I was just looking for anything to, ... to just kind of distract me." When asked to explain, SMITH Jr. stated, "I got down a rabbit hole like that" on Twitter and another particular social media app. He acknowledged that people sent him "stuff" and he thought it was interesting. SMITH Jr. further advised that "seeing kids around 13 or 14" didn't disgust him. SMITH Jr. then admitted to knowingly viewing child pornography. He acknowledged using his LG phone to view child pornography. He acknowledged viewing child pornography every other week. He acknowledged he uses the term "kiddo" when referring to children. He acknowledged masturbating while viewing child pornography. When asked what his interest in children is, SMITH Jr. stated, "I don't know, it's just something that clicked one day" and clarified his sexual interest as "14 and older." He acknowledged communicating with purported minors on a particular social media app. When asked about his activity on Snapchat, SMITH Jr. advised he remembered someone asking him "send to receive," which he explained as meaning "send something to receive something" and stated, "it will go back and forth like that." He acknowledged receiving requests for child pornography on Snapchat. He acknowledged using a particular social media app and Twitter to search for child pornography. SMITH Jr. acknowledged using the numbers 2128 and 142 in emails and passwords because they are easy for him to remember.

6

7. During an onsite forensic preview of SMITH Jr.'s LG phone that was seized during the execution of the search warrant, HSI Computer Forensic Analyst (CFA) Amy Olsen discovered numerous video and image files depicting child pornography on the LG phone. During our review of some of these files on the LG phone, CFA Olsen and I recognized one of the video files as being the same video provided by Snapchat as part of CyberTipline Report 113531139 (referenced in attached Exhibit A). This video is described as follows:

FILE NAME: 1_5186285967559885736.mp4

DESCRIPTION: This is a color video, approximately 20 seconds in length. The onset of the video is from the viewpoint just above a prepubescent female minor child's face and body. The child appears to be kneeling down and her mouth is open, and tongue is out. A male's bare erect penis is situated above the child's face. The male is manually stimulating his penis directly over the child's face and mouth and he proceeds to ejaculates onto the minor child's face. The male's naked erect penis then makes contact with the child's face and mouth. I have probable cause to believe the female in the video is a prepubescent minor child based on the child-like size of her body, her child-like facial features, and the lack of any breast development. Based on my training and experience, as well as my review of this video, I have probable cause to believe that this video depicts at least one prepubescent minor

7

engaged in sexually explicit conduct, that is, oral-genital sexual intercourse, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

8. I have observed the 32GB SanDisk Micro SD card, serial number 9273ZVRTF49P, discovered within Smith Jr.'s LG phone, and it bears a trade inscription that reads "Made in China." In addition, I learned from CFA Olsen that she conducted open-source research and discovered that LG phones are manufactured in Vietnam.

9. Later on January 23, 2023, I spoke with Assistant United States Attorney (AUSA) D. Rodney Brown by telephone and advised him of, among other things, the information set forth above, and AUSA Brown authorized the arrest of SMITH Jr. for knowing possession of child pornography.

10. Based upon the foregoing facts, I have probable cause to believe that on or about January 23, 2023, in the Middle District of Florida, CARL STEPHEN SMITH Jr. did knowingly possess a matter, that is, a LG phone, model number LM-X420QN, serial number 906HUEH0004996, containing a 32GB SanDisk Micro SD card, serial number 9273ZVRTF49P, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the

visual depictions were of such conduct, and at least one of the depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

_____
Benjamin J. Luedke, Special Agent
Homeland Security Investigations

Sworn to before me this
this 31st day of January, 2023

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge